# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GOULD,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 07CV1039-LAB (WMC)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; AND**<br><br>**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*** |

Plaintiff seeks judicial review and remedy on administrative decision under the Social Security Act. Plaintiff also seeks leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). This matter was referred to Magistrate Judge William McCurine for report and recommendation. Judge McCurine issued his report and recommendation (the "R&R"), recommending that the motion be granted. No objections were received to the R&R.

The Court has reviewed the R&R, finds it correct, and **ADOPTS** it. The Court therefore **ORDERS** as follows:

1. Plaintiff's motion to proceed IFP is **GRANTED**.
2. The United States Marshal shall serve a copy of the complaint, summons and order granting leave to proceed in forma pauperis upon Defendants as directed by Plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

3. Defendants shall reply to the complaint within the time provided by the applicable provisions of Fed. R. Civ. P. 12(a) and 42 U.S.C. § 1997e(g).

4. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on Defendant or Defendant's counsel and the date of service. Any paper received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a Certificate of Service will be disregarded.

**IT IS SO ORDERED**.

DATED: March 6, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge