# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GOULD,<br><br>                Plaintiff,<br>vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendants. | CASE NO. 07CV1039-LAB (WMC)<br><br>**ORDER CONFIRMING CLAIM DEADLINE; AND**<br><br>**ORDER SUBSTITUTING COUNSEL** |

      On July 13, the Court issued an order explaining that it was considering rescinding its award of attorney's fees, and setting certain response deadlines.

      The Court proposed to set a deadline for making a claim to the fees that were awarded. If any party objected to this proposal, they were to have filed written objections by August 3. No party has objected, and the deadline for claiming all or part of the fees is **Friday, September 14, 2018**. If Mary Mitchell, James Gould, or anyone else wishes to claim all or part of the fees, they shall file a claim by that date. If no claims are filed, the fee award will be rescinded.

      Gould's counsel also filed a motion to have Gould represent himself. That is, his counsel would be permitted to withdraw, and Gould, *pro se*, would substitute in. If Gould opposed this, he was ordered to file an opposition by August 10. (*See* Docket no. 57 at 1:21–23.) He has filed nothing, however.

For good cause, the motion by Bruce Wilson, Esq. to withdraw (Docket no. 56) is **GRANTED**. James Gould is now proceeding *pro se* and will be required to comply with the Court's orders, including existing deadlines, just as if he were represented by counsel. The Clerk shall update the docket to reflect this change.

It appears Gould's old address is incorrect, and mail sent to him there was returned as undeliverable. The Clerk is directed to update the docket to show Gould's address as provided in the amended certificate of service. (Docket no. 58.)

Bruce Wilson is **ORDERED** to provide a copy of this order to Gould. If he cannot contact Gould, he should send a copy of this order to any street address(es) and email address(es) he has for Gould. He need not send a copy to any address he knows to be invalid or not current, however.

**IT IS SO ORDERED**.

DATED: August 27, 2018

**HONORABLE LARRY ALAN BURNS**
United States District Judge